UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-

FEB 26 2024

Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 2:24mc13 |
| $50,030.00 in U.S. Currency, | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE**

Comes now United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Madison Lo Dolce, Assistant United States Attorney, and as authorized by 18 U.S.C. § 983(a)(3)(A), moves the Court, for good cause and by agreement, to extend the time in which the United States is required to file a Complaint for Forfeiture and/or to obtain an Indictment/Information alleging forfeiture, up to and including March 28, 2024, regarding property to which a claim has been filed in the administrative forfeiture proceeding with the United States' Drug Enforcement Administration ("DEA"). That property seized consists of $50,030.00 in United States Currency (hereinafter referred to as "Defendant Property"). The United States, in support of this motion,

states as follows:

1. On September 21, 2023, the DEA seized $50,030.00, *inter alia*, from a vehicle, belonging to Bradley Callahan, during a traffic stop that occurred in Laporte County, Indiana.

2. Following an investigation at the scene, it was determined that there was probable cause to believe that Defendant Property was money furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, or otherwise used or intended to be used to facilitate a violation of the Controlled Substances Act, and thus forfeitable pursuant to 21 U.S.C. § 881(a)(6).

3. The DEA initiated administrative forfeiture proceedings concerning Defendant Property. Written notice of intent to forfeit Defendant Property, as required by 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881, was sent to interested parties by the DEA.

4. On December 7, 2023, the DEA received a timely claim to Defendant Property filed by Bradley Callahan. After review, the DEA forwarded the matter to the United States Attorney's Office for review.

5. Title 18, United States Code, Section 983(a)(3)(A)-(C), provides that the Government is to file a Complaint for Forfeiture and/or obtain an Indictment/Information alleging forfeiture not later than 90 days after a

claim has been filed. The current deadline for the Government to file a Complaint or Indictment/Information is March 6, 2024.

6. Additional time to determine whether it is appropriate to file a Complaint for Forfeiture and/or obtain an Indictment/Information alleging forfeiture regarding the seized assets is needed as the United States is still gathering information regarding the merits of the case.

7. Bradley Callahan, through his attorney, David Rudoi, has agreed to the extension.

8. Pursuant to 18 U.S.C. § 983(a)(3)(A), "a court in the district in which the civil forfeiture complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

9. Therefore, for good cause shown and the agreement of the parties, the United States requests that the deadline for filing a Complaint for Forfeiture or obtaining an Indictment/Information including a forfeiture allegation be extended up to and including March 28, 2024.

WHEREFORE, the United States respectfully requests this Court extend the deadline in which the United States has to file a Complaint against Defendant Property and/or to obtain an Indictment/Information including a forfeiture allegation up to and including March 28, 2024.

          Respectfully submitted,

          CLIFFORD D. JOHNSON
          UNITED STATES ATTORNEY

By:    /S/ *Madison Lo Dolce*
       Madison Lo Dolce
       Assistant U.S. Attorney
       5400 Federal Plaza, Suite 1500
       Hammond, Indiana 46320
       (219)937-5515; fax: (219)937-5550
       email:Madison.lodolce@usdoj.gov

## CERTIFICATE OF SERVICE

On February 26, 2024, I served his motion by electronic mail on the following:

David Rudoi
drudoi@rudoilaw.com

                                            By:   /S/ *Madison Lo Dolce*
                                            Madison Lo Dolce
                                            Assistant U.S. Attorney
                                            5400 Federal Plaza, Suite 1500
                                            Hammond, Indiana 46320
                                            (219)937-5515; fax: (219)937-5550
                                            email:Madison.lodolce@usdoj.gov